```
                            FILED
                         07 NOV 14 PM 3:47
                         CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA

                         BY:  _____  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury      '07 CR 3104 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., |
| | Sec. 1324(a)(2)(B)(ii) - |
| JOSE RAMON BARRERA-BECERRA (1), | Bringing in Illegal Aliens for |
| HECTOR PERALTA-RAMIREZ (2), | Financial Gain; Title 18, U.S.C., |
| ROSA MARIA SOTO-ORTIZ (3), | Sec. 2 - Aiding and Abetting; |
| DAVID BRISENO-ZAVALA (4), | Title 8, U.S.C., |
| | Secs. 1324(a)(1)(A)(ii) and |
| Defendants. | (v)(II) - Transportation of |
| | Illegal Aliens and Aiding and |
| | Abetting |

The grand jury charges:

Count 1

On or about October 29, 2007, within the Southern District of California, defendants JOSE RAMON BARRERA-BECERRA, HECTOR PERALTA-RAMIREZ, ROSA MARIA SOTO-ORTIZ, and DAVID BRISENO-ZAVALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Lopez-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DDL:fer:Imperial
11/13/07

Count 2

On or about October 29, 2007, within the Southern District of California, defendants JOSE RAMON BARRERA-BECERRA, HECTOR PERALTA-RAMIREZ, ROSA MARIA SOTO-ORTIZ, and DAVID BRISENO-ZAVALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Lopez-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about October 29, 2007, within the Southern District of California, defendants JOSE RAMON BARRERA-BECERRA, HECTOR PERALTA-RAMIREZ, ROSA MARIA SOTO-ORTIZ, and DAVID BRISENO-ZAVALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ursino Vasquez-Ambrosio, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

## Count 4

On or about October 29, 2007, within the Southern District of California, defendants JOSE RAMON BARRERA-BECERRA, HECTOR PERALTA-RAMIREZ, ROSA MARIA SOTO-ORTIZ, and DAVID BRISENO-ZAVALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ursino Vasquez-Ambrosio, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 5

On or about October 29, 2007, within the Southern District of California, defendants JOSE RAMON BARRERA-BECERRA, HECTOR PERALTA-RAMIREZ, ROSA MARIA SOTO-ORTIZ, and DAVID BRISENO-ZAVALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Olivia Sanchez-Chaparro, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

<u>Count 6</u>

On or about October 29, 2007, within the Southern District of California, defendants JOSE RAMON BARRERA-BECERRA, HECTOR PERALTA-RAMIREZ, ROSA MARIA SOTO-ORTIZ, and DAVID BRISENO-ZAVALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Olivia Sanchez-Chaparro, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: November 14, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney