UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>Hector Barrera-Bacerra(1) et al )<br>  )<br>  )<br>Defendant(s) )<br>_____ ) | 07cr3104<br>CRIMINAL NO. 07mj8891<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ana Lopez-Martinez

DATED: 12/7/07

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by
                    Deputy Clerk