```
 1  KAREN P. HEWITT
    United States Attorney
 2  CARLOS ARGUELLO
    Assistant U.S. Attorney
 3  California State Bar No. 157162
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8800
 5  Telephone: (619) 557-6252
    Facsimile: (619) 235-2757
 6
    Attorneys for Plaintiff
 7  United States of America
 8
                     UNITED STATES DISTRICT COURT
 9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,      )  Criminal Case No. 07cr3104LAB
11                                 )
                     Plaintiff,    )  DATE: December 17, 2007
12                                 )  TIME: 2:00 p.m.
         v.                        )
13                                 )  GOVERNMENT'S RESPONSE AND
                                   )  OPPOSITION TO DEFENDANTS'
14  HECTOR PERALTA-RAMIREZ (2),    )  MOTIONS TO:
                                   )
15                   Defendant.    )  (1)  COMPEL DISCOVERY AND
                                   )  (2)  FILE ADDITIONAL MOTIONS.
16                                 )
                                   )  TOGETHER WITH STATEMENT OF
17                                 )  FACTS, MEMORANDUM OF POINTS
                                   )  AND AUTHORITIES AND
18                                 )  GOVERNMENT'S MOTION FOR
                                   )  RECIPROCAL DISCOVERY
19
```

20     COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and
21  through its counsel, Karen P. Hewitt, United States Attorney, and
22  Carlos Arguello, Assistant United States Attorney, and hereby
23  files its response and opposition to Defendants' above-referenced
24  motions.  This response is based upon the files and records of
25  this case, together with the attached statement of facts,
26  memorandum of points and authorities and the Government's motion
27  for reciprocal discovery.
28

**I.**

**CURRENT CASE STATUS**

By the time this four-defendant case is heard by the Court on 17, 2007, the parties anticipate the above-referenced defendant to be the only remaining defendant who has not yet pled guilty before the magistrate. Counsel for this defendant is David L. Baker. Mr. Baker is currently out of the country and will not be present for the upcoming hearing. The Government anticipates that the parties will request a trial date at the hearing. In the meantime, Mr. Baker's client will plead guilty before the magistrate.

**II.**

**STATEMENT OF FACTS**

On October 29, 2007, Border Patrol Agents arrested Hector Peralta-Ramirez ("Defendant") after being identified as a foot guide who led six undocumented aliens into the United States from Mexico. Border officials apprehended Defendant after he entered a 1998 Ford Windstar driven by a co-defendant. The six aliens were also found in the car.

**III.**

**POINTS AND AUTHORITIES**

**A.   DISCOVERY**

The Government has produced approximately one hundred (100) pages of discovery. Additional discovery will be produced as it is available. At this time, the Government is awaiting further Border Patrol reports, photographs, and evidence seized from Defendants' vehicles and home which will be provided to Defendants once they have been received. The discovery produced is in excess

of that required by Rule 16 of the Federal Rules of Criminal Procedure and the Jencks Act (now covered by Rule 26.2 of the Federal Rules of Criminal Procedure). As to the physical evidence, the Government will make it available for viewing by defense counsel at a mutually convenient time and place.

As to exculpatory information, the Government is well aware of its obligation under Brady v. Maryland, 373 U.S. 83 (1963) and will comply.

The Government will provide a list of witnesses in its trial memorandum. The grand jury transcript of any person who will testify at trial will also be produced.

The Government has provided and will continue to provide information within its possession or control pertaining to the prior criminal history of the Defendants. Evidence of other acts or crimes by the Defendants similar to this drug smuggling incident will be provided once the information is received. The Government intends to seek permission to introduce this evidence under Federal Rule of Evidence 404(b) at trial. The Government also intends to seek permission to impeach Defendants with their felony convictions under Federal Rule of Evidence 609(a)(1) if either testifies at trial.

The Government will produce the reports of any experts that it intends to use in its case-in-chief at trial or are material to the preparation of the defense.

In view of the above-stated position of the Government concerning discovery, it is respectfully requested that no orders compelling specific discovery by the Government be made at this time. The Government also respectfully requests reciprocal

**1** discovery of the Defendants.  If and when individual problems
**2** arise which cannot be resolved between counsel for Defendants and
**3** the Government, the matters can be submitted to the Court for
**4** decision.

**B.   REQUEST TO FILE FURTHER MOTIONS**

The Government does not oppose Defendant's request to file further motions if based on newly obtained discovery.

### IV.

### GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY

The Government hereby requests Defendants to deliver all materials to which the Government may be entitled under Federal Rules of Criminal Procedure 16(b) and 26.2.

### V.

### CONCLUSION

For the foregoing reasons, the Government respectfully requests that Defendant's motions be denied where opposed and that the Government's motion for reciprocal discovery be granted.

DATED:  December 13, 2007.

                                    Respectfully submitted,

                                    CAROL C. LAM
                                    United States Attorney

                                    CARLOS ARGUELLO
                                    Assistant U.S. Attorney