UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>    ) <br>    Plaintiff-Appellee, )<br>v.    )<br>    )<br>**JOSE RAMON BARRERA-BECERRA,** )<br>    )<br>    Defendant-Appellant. )<br>_____ ) | U.S.D.C. No. 07CR3104-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Defendant's Sentencing Summary Chart on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

**Carlos Arguello, Esq.**
**Assistant United States Attorney**
**880 Front Street**
**San Diego, CA 92101**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gary P. Burcham
　　　　　　　　　　　　　　　　　　　　　　GARY P. BURCHAM